

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00646-CR

Gilbert **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-10-03043-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Patricia Salinas' notification of late record is hereby GRANTED. The reporter's record is due on December 11, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_____
Keith E. Hottle
Clerk of Court